UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-cr-00183-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILNER PIERRE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 146 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the 5 day of August, 2026.

J. Dever

James C. Dever III
United States District Judge